UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
FREDDIE CHARLES,

                    Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.
X------------------------------------------------------------X

13 CIV 3547 (PAE) (AJP)

**JUDGMENT**

      Whereas defendants having offered to allow judgment to be taken against it by plaintiff Freddie Charles in the total amount of $60,001.00, plus reasonable attorney fees and costs to the date of the offer for plaintiff's federal claims; plaintiff's attorney having accepted the offer of judgment and the offer is not to be construed as an admission of liability by any defendant, official or employee of the City of New York, or any agency thereof, nor is it an admission that plaintiff has suffered any damage, and the matter having come before the Honorable Paul A. Engelmayer, United States District Court Judge, and the court on May 30, 2014 having rendered its order directing the Clerk of enter judgment against the City of New York, to terminate pending motions, and to close this case, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That plaintiff Freddie Charles have judgment in the amount of $60,001.00 as against the City of New York.

**DATED:** New York, New York
           July 28, 2014

                                          RUBY J. KRAJICK
                                          Clerk of Court
                           BY:
                                             Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2014